THE STATE OF WASHINGTON, *Respondent,* v. MARTY V. DREHER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–01951–9, Nile E. Aubrey, J., entered January 9, 1989. *Affirmed* by unpublished opinion per

Alexander, C.J., concurred in by Worswick, J., and Wieland, J. Pro Tem.